| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Reyes, Jr., Ramon E. | 2. Court or Organization<br><br>US District Court, EDNY | 3. Date of Report<br><br>8/2/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>U.S. District Court, EDNY<br>225 Cadman Plaza East, Room N208<br>Brooklyn, New York 11201 |
|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Immediate Past President | Federal Magistrate Judges Association |
| 2. | Trustee | Brooklyn Law School |
| 3. | Board of Directors | Federal Bar Association - Eastern District of New York Chapter |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 8/2/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Legal Services of New York, salary |
| 2. 2019 | New York State Attorney General's Office, salary |
| 3. 2019 | Brooklyn Law Schook, adjunct teaching salary |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judge Association | 3/24-28, 10/2-4 | Washington, DC | Attend FMJA board meetings and meetings of AO Magistrate Judge Advisory Group | travel expenses, food and lodging |
| 2. | Federal Judges Association | 4/15-16 | Dallas, TX | Attend FJA board meeting | travel expenses, food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 8/2/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Federal Bar Council | Annual Thanksgiving Lunch, Law Day Dinner, and other receptions | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. USAA | Home equity line of credit on rental property, Orange Co., New York (Pt. VII, line 1) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 8/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property, Orange County, NY | | None | | | Sold | 05/20/19 | N | A | Kara-Marie Reyes-Rinaldi |
| 2. Vacant lot, Marion County, FL | | None | J | W | | | | | |
| 3. USAA S&P 500, Roth IRA (self) | A | Dividend | J | T | | | | | |
| 4. USAA S&P 500, Roth Conversion IRA (self) | A | Dividend | J | T | | | | | |
| 5. American Funds, New Perspectives (self) | A | Dividend | K | T | Redeemed (part) | 02/25/19 | K | E | |
| 6. USAA S&P 500, Roth IRA | B | Dividend | K | T | | | | | |
| 7. USAA Growth & Income, Conversion IRA | B | Dividend | K | T | | | | | |
| 8. USAA Savings Accounts | A | Interest | J | T | | | | | |
| 9. USAA Checking Accounts | A | Interest | J | T | | | | | |
| 10. USAA Savings Account | A | Interest | K | T | | | | | |
| 11. USAA Checking Account | A | Interest | K | T | | | | | |
| 12. USAA Checking Account | A | Interest | M | T | | | | | |
| 13. New York College Savings Program, 529 Plan (1) - age based | C | Interest | K | T | Sold (part) | 01/14/19 | J | B | |
| 14. | | | | | Sold (part) | 03/11/19 | J | B | |
| 15. | | | | | Sold (part) | 07/15/19 | K | C | |
| 16. New York College Savings Program, 529 Plan (2), age-based | E | Interest | M | T | | | | | |
| 17. USAA Whole Life Policy (self) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 8/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | USAA - Brokerage S/D IRA rollover, incl. lines 19-41 below below | A | Dividend | L | T | | | | | |
| 19. | USAA Money Market (USAXX) Y | A | Dividend | J | T | | | | | |
| 20. | USAA Treasury Market (UATXX) Y | A | Dividend | J | T | | | | | |
| 21. | American Beacon Intl Equity Y Class (ABEYX) | A | Dividend | J | T | | | | | |
| 22. | Delaware Value Fund Institutional (DDVIX) | A | Dividend | J | T | | | | | |
| 23. | First Eagle Overseas Class I (SGOIX) | A | Dividend | J | T | | | | | |
| 24. | Harding Loevner Intl Equity Port Institutional (HLMIX) | A | Dividend | J | T | | | | | |
| 25. | Hartford Schorders Emrg Mrkts Equity Cl 1 (SEMNX) | A | Dividend | J | T | | | | | |
| 26. | Heartland Value Plus Institutional (HNVIX) | A | Dividend | J | T | | | | | |
| 27. | Hotchkis & Wiley Small Cap Value (HWSIX) | A | Dividend | J | T | | | | | |
| 28. | Lazard Emerging Mrkts EQ Blend Institutional (EMBIX) | A | Dividend | J | T | | | | | |
| 29. | Lazard Intl Strategy Equity Port Intl (LISIX) | A | Dividend | J | T | | | | | |
| 30. | LKCM SMID Cap Equity Fund Institutional (LKSMX) | A | Dividend | J | T | | | | | |
| 31. | MFS Growth Fund Class I (MFEIX) | A | Dividend | J | T | | | | | |
| 32. | USAA Managed Allocation Fund Retail (UMAFX) | A | Dividend | J | T | | | | | |
| 33. | USAA Precious Metals and Minerals Retail (USAGX) | A | Dividend | J | T | | | | | |
| 34. | Baird Core Plus Bond Institutional (BCOIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 8/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | TCW Emerging Mkts Income (TGEIX) | A | Dividend | J | T | | | | | |
| 36. | USAA High Income Fund Retail (USHYX) | A | Dividend | J | T | | | | | |
| 37. | USAA Income Fund Retail (USAIX) | A | Dividend | J | T | | | | | |
| 38. | USAA Short Term Bond Fund Retail (USSBX) | A | Dividend | J | T | | | | | |
| 39. | Voya Intermediate Bond Class W (IIBWX) | A | Dividend | J | T | | | | | |
| 40. | Schroder Emerging Mrk Eq Inv (SEMNX) | A | Dividend | J | T | | | | | |
| 41. | USAA Real Return Fund Retail (USRRX) | A | Dividend | J | T | | | | | |
| 42. | USAA Federal Savings Bank Roth BDA, incl. 43-61 below | A | Dividend | K | T | | | | | |
| 43. | USAA IRA "bank deposit" Y | | None | J | T | | | | | |
| 44. | American Beacon AHL MNDG Futrs Str Inst (AHLIX) | A | Dividend | J | T | | | | | |
| 45. | American Beacon Intl Equity Y Class (ABEYX) | A | Dividend | J | T | | | | | |
| 46. | AQR Small Cap Multi Style FD CL R6 (QSERX) | A | Dividend | J | T | | | | | |
| 47. | AQR Style Premia Alternative FD CL R6 (QSPRX) | A | Dividend | J | T | | | | | |
| 48. | Delaware Value Fund Institutional (DDVIX) | A | Dividend | J | T | | | | | |
| 49. | Harding Loevner Intl Equity Port Instl (HLMIX) | A | Dividend | J | T | | | | | |
| 50. | Hartford Schroders Emrg Mrkts Eqty CL1 (SEMNX) Y | A | Dividend | J | T | | | | | |
| 51. | Lazard Emerging Mrkts Eq Blend Instl (EMBIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 8/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Lazard Intl Strategy Equity Port Intl Cl (LISIX) | A | Dividend | J | T | | | | | |
| 53. MFS Growth Fund Cl I (MFEIX) | A | Dividend | J | T | | | | | |
| 54. USAA Managed Allocation FD Retail (UMAFX) | A | Dividend | J | T | | | | | |
| 55. Victory Sycamore Established Value I (VEVIX) | A | Dividend | J | T | | | | | |
| 56. Baird Core Plus Bond Institutional (BCOIX) | A | Dividend | J | T | | | | | |
| 57. TCW Emerging Mkts Income CL I (TGEIX) | A | Dividend | J | T | | | | | |
| 58. USAA High Income Fund Retail (USHYX) | A | Dividend | J | T | | | | | |
| 59. USAA Income Fund Retail (USAIX) | A | Dividend | J | T | | | | | |
| 60. USAA Short Term Bond Fund Retai (USSBX)l | A | Dividend | J | T | | | | | |
| 61. Voya Intermediate Bond Class W (IIBWX) | A | Dividend | J | T | | | | | |
| 62. Prudential, Legal Services NYC 403(b) Plan, incl. 63-74 below | E | Int./Div. | O | T | | | | | |
| 63. Guaranteed Income Fund | B | Int./Div. | L | T | | | | | |
| 64. iSh US Aggregate Bond Idx K | A | Int./Div. | K | T | | | | | |
| 65. PGIM Total Return Bond R6 | A | Int./Div. | L | T | Buy (add'l) | 12/18/19 | J | | |
| 66. Vanguard LifeStrategy Moderate Growth Fund | B | Int./Div. | M | T | Buy (add'l) | 06/28/19 | J | | |
| 67. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 68. Janus Henderson Enterprise N | B | Int./Div. | K | T | Buy (add'l) | 12/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | MFS Mid Cap Value R5 | A | Int./Div. | L | T | Buy<br>(add'l) | 12/12/19 | J | | |
| 70. | American Beacon SC Value Inst. | A | Int./Div. | K | T | | | | | |
| 71. | American Funds New Perspectives | A | Int./Div. | L | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 72. | Oppenheimer International Growth I | | None | | | Sold | 05/13/19 | J | | |
| 73. | iShares MSCI EAFE Int'l Idx K | A | Dividend | K | T | Buy<br>(add'l) | 12/12/19 | J | | |
| 74. | American Fund Europacific Growth | A | Int./Div. | K | T | Buy | 05/13/19 | J | | |
| 75. | Mortgage held on formerly owned rental property listed in 1 above | D | Rent | N | U | | | | | |
| 76. | | | | | | | | | | |
| 77. | | | | | | | | | | |
| 78. | | | | | | | | | | |
| 79. | | | | | | | | | | |
| 80. | | | | | | | | | | |
| 81. | | | | | | | | | | |
| 82. | | | | | | | | | | |
| 83. | | | | | | | | | | |
| 84. | | | | | | | | | | |
| 85. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 8/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 8/2/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 19 to 41 have been reordered to match the order in which they appear on the account statements for USAA Brokerage S/D IRA rollover.

Part VII, lines 19 and 20. The funds USAXX and UATXX, which are part of USAA - Brokerage S/D IRA rollover (line 18), were not previously reported due to inadvertent error.

Part VII, lines 43 and 50. The funds USAA IRA "bank deposit" (line 43) and Hartford Schroders Emrg. Mrkts Eqty Cl1 (line 50), which are part of USAA Federal Savings Bank Roth BDA (Line 42), were not previously reported due to inadvertent error.

Part VII throughout. Trading symbols have been added where provided in account statements.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramon E. Reyes, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544